```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14361
   CHARLES KENNEDY
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3189


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/09/07 .

   2.  The case was dismissed without confirmation, 12/21/2007.

   3.  The Debtor paid a total of $   1470.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| GREENWICH FINANCE | SECURED VEHIC | .00 | .00 | 763.20 |
| ARNOLD SCOTT HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| PARAGON WAY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| DENTAL ASSOC OF PLAINFIE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| ENLOE DRUGS | UNSECURED | NOT FILED | .00 | .00 |
| KLEISER THERAPY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| M & M ORTHOPAEDICS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST IDS LLC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH CORP | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRI COUNTY ANESTHESIA AS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| WALKERS GROVE HOMEOWNERS | UNSECURED | NOT FILED | .00 | .00 |

```
      Summary of disbursements:
--------------------------------------------------------------------------------
                         SECURED     PRIORITY   UNSECURED        OTHER       TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00          .00         .00          .00         .00
PRINCIPAL PAID            763.20          .00         .00          .00      763.20
INTEREST PAID                .00          .00         .00          .00         .00
TOTAL PAID                763.20          .00         .00          .00      763.20
```

The Debtor's attorney, DAVID M SIEGEL                , was allowed $   3500.00
and was paid $     376.00   direct and $     640.65   through the plan.

The Trustee received $      66.15 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/11/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 14361 CHARLES KENNEDY